UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

    - v. -                           :     APPLICATION AND
                                     :     UNSEALING ORDER
FNU LNU,                             :
    a/k/a "Enrique,"                 :     07 Cr. 482
LEOBARDO CISNEROS-MAGANA,            :
    a/k/a "Compadre,"                :
                                     :
              Defendants.       :
                                     :
- - - - - - - - - - - - - - - - x

        The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make publicly available a copy of the Indictment.

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

        By:  _____
             Rua M. Kelly
             Assistant United States Attorney
             Southern District of New York
             (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       June __, 2007

                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK

                              DOUGLAS F. EATON
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK

0293