LAW OFFICES OF

# IRA D. LONDON

## AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

Oct 26, 2007

October 26, 2007

Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

         Re:    **United States v. FNU LNU and Leobardo Cisneros-Magana**
                **07-Cr-482 (DAB)**

Dear Judge Batts:

Our office represents Leobardo Cisneros-Magana in the above matter. The case is scheduled for conference on October 29, 2007, at 11:00 a.m.

I write to request an adjournment of this conference, so that defense counsel can have additional time to review the extensive discovery in this case, which is mostly in Spanish. I have just received from my interpreter the English translation of a long and important meeting recorded by the government and provided in discovery. I need additional time to review this meeting with my client and explain to him its potential impact at trial.

The Government, through A.U.S.A. Rua M. Kelly, consents to this request for adjournment.

S. Michael Musa-Obregon, counsel for lead defendant FNU LNU joins me in this application.

The defense consents to the exclusion of time from October 29, 2007 to the next conference date, pursuant to 18 U.S.C. § 3161(h)(8), which permits a district court to grant a continuance and exclude the resulting delay if the ends of justice served by granting the continuance outweigh the public's and the defendant's interests in a speedy trial, which is the case here.

GRANTED
/DAB/
to
DEC. 3,
2007
4:30PM

I suggest anytime on at the beginning of December except December 6 through 14 when I will be out of town.

# SO ORDERED

Very truly yours,

AVROM ROBIN

**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**

Cc:    A.U.S.A. Rua M. Kelly        S. Michael Musa-Obregon, Esq. (counsel for FNU LNU)