UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

UNITED STATES OF AMERICA                    Docket No. 1:07-cr-00482

    -against-
                                            **NOTICE OF APPEARANCE**

LEOBARDO CISNEROS-MAGANA
----------------------------------------------------------

TO:   CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
      DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

      I AM APPEARING IN THIS ACTION AS (Please check one)

      1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

      ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES -IF YES
            GIVE YOUR DATE OF ADMISSION:  MO December   YR 1980

      I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
      CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE
      COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES
      FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
       December 3, 2007

                              SIGNATURE  /s/ *Todd M. Merer*

                              Todd M. Merer
                              Attorney for Defendant

                              _____
                              Firm name if any

                              41 Madison Ave., Suite 5B
                              Street address

                              New York        New York           10010
                              City            State              Zip

                              (212) 683-2525
                              Telephone No.