

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED JUN 27 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2008

BY HAND
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:  **United States v. Leobardo Cisneros-Magana**
     **07 Cr. 482 (RPP)**

Dear Judge Patterson:

The parties write to request an adjournment of the sentencing scheduled for June 30, 2008, as we have been advised by the Probation Department that the PSR is not yet complete.

Accordingly, the parties respectfully request an adjournment of the defendant's sentencing until the week of August 4, 2008, at a time convenient for the Court.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:  Todd Merer, Esq.

*Application granted, so ordered. Robert P. Patterson USDJ 6/27/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08