

# TODD M. MERER
ATTORNEY AT LAW
41 MADISON AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10010
—
(212) 683-2525
FAX: (212) 213-9786
E-MAIL: toddmerer@aol.com



BY FAX TO:    (212) 805-7917

**MEMO ENDORSED**

August 1, 2008

Honorable Robert P. Patterson
United States District Judge
500 Pearl Street
New York, York 10007

                Re:   USA -v- Leobardo Cisneros
                    07 Cr. 482 (RPP)

Dear Judge Patterson:

This application is with the consent of AUSA Rua Kelly. Mr. Cisneros is scheduled for sentence August 11, 2008, but as yet his PSR has not been completed. I am on vacation from August 2 through August 10, so even if the PSR is completed I will not have an opportunity to review it.

Accordingly, we request an adjournment of sentencing to a date subsequent to September 8, 2008 that is convenient to the Court.

                            Respectfully submitted,

                            Todd M. Merer

cc: AUSA Rua Kelly

*Application granted. Sentencing adjourned to 9/10/08 at 4 P.M. So ordered.*
*Robert P. Patterson*
*8/4/08  USDJ*